# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bret Allen Miller, | Case No. 5:22-cv-01689-MEMF-SHK |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| Martin O'Malley, Commissioner of Social Security, | |
| Defendant. | *[Bold, Italicized Text Added By Court]* |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, *although Plaintiff did not certify that Plaintiff met and conferred with opposing counsel at least seven days before filing the Motion as ordered, the Court vacates its Order to Show Cause and* **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE-HUNDRED DOLLARS and 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 3/19/2024

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE